134 A.3d 446

Raheem BROWN, Petitioner

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ex rel., Respondents.

No. 23 EM 2016.

Supreme Court of Pennsylvania.

April 6, 2016.

## ORDER

PER CURIAM.

AND NOW, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.